SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
MICHAEL A. MOLANO, Cal. Bar No. 171057
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
Email:        patkinspattenson@sheppardmullin.com
              mmolano@sheppardmullin.com
              nbruno@sheppardmullin.com

*Of Counsel* (to be admitted *pro hac vice*)
BURNS & LEVINSON LLP
A Limited Liability Partnership
STEVEN C. GOODWIN
125 Summer Street
Boston, Massachusetts 02110
Telephone:    (617) 345-3653
Facsimile:    (617) 345-3299
E-Mail:       sgoodwin@burnslev.com

Attorneys for Plaintiff
CURRICULUM ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CURRICULUM ASSOCIATES, LLC, a Massachusetts limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LETSGOLEARN, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 11-CV-01060-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE LIMITED STAY OF ACTION** |

-1-

Civil Action No. 11-CV-01060-CRB
W02-WEST:\403355377.1

STIPULATION AND PROPOSED ORDER RE
LIMITED STAY OF ACTION

-2-

Plaintiff Curriculum Associates, LLC ("CA") and Defendant LetsGoLearn, Inc. ("LGL"), by and through their attorneys, hereby stipulate and agree as follows:

1. CA and LGL are parties to that certain Lets Go Learn Distribution Agreement, dated as of October 29, 2007 (the "Distribution Agreement").

2. LGL and Learning Today are parties to that certain Interim Reseller Agreement, dated March 10, 2011.

3. On or about March 7, 2011, CA filed the instant action and effected service of the Complaint on LGL on the same day.

4. CA and LGL now desire to stay the action for a period of thirty (30) days from the date hereof in order to attempt to resolve the disputes that are the subject of this action (the "Stay Period").

5. During this Stay Period, CA and LGL agree:

   a. LGL will sell to CA the Products identified on Appendix A to the Distribution Agreement for trials, new customers, existing customers, and renewal customers.

   b. Neither party will take any steps to prosecute or defend this case, or initiate litigation or arbitration against the other party in any other forum with respect to the claims asserted in CA's Complaint.

   c. The parties shall engage in good faith efforts to resolve their business dispute during the Stay Period.

6. If either party breaches this Stipulation, except as excused by *force majeure,* the Stay Period shall terminate.

7. Assuming the Stay Period is not terminated, the time for LGL to file its responsive pleading shall be extended to and including ten (10) days (including weekend days) following the expiration of the Stay Period.

DATED: March 10, 2011

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Philip F. Atkins-Pattenson*
       PHILIP F. ATKINS-PATTENSON
       MICHAEL A. MOLANO
       NATHANIEL BRUNO

Attorneys for Plaintiff
CURRICULUM ASSOCIATES, LLC

*Of Counsel* (to be admitted *pro hac vice*)
BURNS & LEVINSON LLP
STEVEN C. GOODWIN

DATED: March 10, 2011

BARG COFFIN LEWIS & TRAPP LLP

By    */s/ Marco Quazzo*
       MARCO QUAZZO

Attorneys for Defendant
LET'S GO LEARNING, INC.

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to General Order 45(X.)(B.), counsel for Plaintiff, by his electronic signature above, attests that counsel for Defendant whose electronic signature appears above has concurred in the filing of this document.

# ORDER

Having read the foregoing Stipulation, and good cause appearing in support thereof, IT IS HEREBY ORDERED. Provided the Stay Period is not earlier terminated per Paragraph 6 herein, Defendant shall have forty (40) days from the date of this Order to file its responsive pleading in this case.

Dated: __March 11, 2011___

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE



-4-

Civil Action No. 11-CV-01060-CRB  
W02-WEST:\403355377.1

STIPULATION AND PROPOSED ORDER RE LIMITED STAY OF ACTION